IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

     Plaintiff,

v.                                 CASE NO. 1:09-cr-00011-MP-AK

JORGE ALBERTO PEREZ,

     Defendant.

_____/

# O R D E R

     This matter is before the Court on Doc. 95, Motion to Continue, filed by the defendant, Jorge Alberto Perez. A hearing on Defendant's motion to suppress (Doc. 91) is currently scheduled for today, July 14, 2009, at 1:00 p.m. In the instant motion, Defendant's attorney states that he is scheduled to begin a jury trial in another county at that time and requests that the hearing on Defendant's motion to suppress therefore be continued. The government is unopposed to the motion. Upon consideration, the Court finds good cause for a continuance. Accordingly, it is hereby

     **ORDERED AND ADJUDGED:**

     The Motion to Continue (Doc. 95) is GRANTED. The hearing on Defendant's motion to suppress is reset to Tuesday, August 4, 2009, at 1:00 p.m.

     **DONE AND ORDERED** this *14th* day of July, 2009

                       *s/Maurice M. Paul*
                       Maurice M. Paul, Senior District Judge